June 11, 2010

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548(MC 059)
Austin, TX 78711-2548
Ms. Christy Lynn Martin
Shook Hardy & Bacon L.L.P.
600 Travis, Suite 1600
Houston, TX 77002

RE: Case Number: 08-0832
 Court of Appeals Number: 13-06-00472-CV
 Trial Court Number: B-05-1013-CVC

Style: TEXAS DEPARTMENT OF CRIMINAL JUSTICE
 v.
 KIRK WAYNE MCBRIDE, SR.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Anna Marie |
| |Silvas |
| |Ms. Marcy Hogan |
| |Greer |